NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

PRESTON D. CROSKEY,  )
DOC #H20918,  )
           )
         Appellant,  )
           )
v.  )     Case No. 2D18-2402
           )
STATE OF FLORIDA,  )
           )
         Appellee.  )
_____)

Opinion filed May 3, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for Polk
County; Mark F. Carpanini, Judge.

Preston D. Croskey, pro se.


PER CURIAM.

       Affirmed.


LaROSE, C.J., and SILBERMAN and ROTHSTEIN-YOUAKIM, JJ., Concur.